**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JEAN MARY STEPHEN,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES ATTORNEY<br>GENERAL, ET AL,<br><br>    Defendants. | NO. 3:18-cv-00615<br><br>(JUDGE CAPUTO) |

**ORDER**

**NOW**, this 19th day of February, 2020, upon review of the Report and Recommendation of Magistrate Judge William I. Arbuckle (Doc. 16) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

    (1)    The Report and Recommendation (Doc. 16) is **ADOPTED**.

    (2)    Defendants' Motion to Dismiss (Doc. 12) is **GRANTED.**

    (3)    The Clerk of Court is directed to mark the case as **CLOSED**.

                                     /s/ A. Richard Caputo
                                     A. Richard Caputo
                                     United States District Judge